*Jon L. Schoenhorn*, in opposition.

Decided May 28, 1996

---

DIEGO MICELI ET AL. *v.* GARRY C. HELYER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 40 Conn. App. 336 (AC 13455), is denied.

---

[*] On September 18, 1996, the appeal was dismissed as moot because of the death of the defendant.

*Henry C. Winiarski, Jr.*, in support of the petition.

*Sandra Rachel Baker* and *Vincent F. Sabatini*, in opposition.

Decided May 31, 1996